NOS. 07-09-0176-CR, 07-09-0177-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 26, 2009
_____

JOSE LUIS PRADO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 55,938-A, 55,939-A; HONORABLE HAL MINER, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Jose Luis Prado, filed Notice of Appeal to appeal a judgment convicting him of two charges of manufacture and delivery of a controlled substance entered against him in the 47th District Court of Potter County, Texas. However, appellant has now filed motions to dismiss the appeals.

Because the motions meet the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving them, the motions are hereby granted and the appeals are dismissed. Having dismissed the appeals at

appellant's request, no motions for rehearing will be entertained and our mandates will issue.

Mackey K. Hancock
Justice

Do not publish.